IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02572-MSK-BNB

MICHAEL E. SHANER, and
JANELLE M. SHANER,

Plaintiffs,

v.

MARIA T. ANDERSON, M.D.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiffs' Motion to Vacate and Reschedule Rule 16(b) Scheduling Conference** [docket no. 6, filed January 17, 2012] (the "Motion").

      IT IS ORDERED that the Motion is DENIED.  The Scheduling Conference will go forward as previously set.  However, it may be viewed as a Status Conference.  If defendant has been served before February 29, 2012, plaintiff may again motion to reset the Scheduling Conference.


DATED:  January 18, 2012