IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02572-MSK-BNB

MICHAEL E. SHANER, and
JANELLE M. SHANER,

Plaintiffs,

v.

MARIA T. ANDERSON, M.D.,

Defendant.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiffs' Renewed Motion to Vacate and Reschedule Rule 16(b) Scheduling Conference** [docket no. 12, filed February 10, 2012] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for February 29, 2012, is **vacated and reset to March 21, 2012, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.4.0., is due on or before **March 14, 2012**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  February 13, 2012